**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

GREGORY MAYS                                                                             PETITIONER

VS.                                                  CIVIL ACTION NO. 5:04cv220-DCB-JCS

WARDEN CONSTANCE REESE                                                       RESPONDENT

**FINAL JUDGMENT**

This cause is before the Court on Magistrate Judge James C. Sumner's Report and Recommendation [**docket entry no. 22**], which recommends that this action be dismissed with prejudice as to all issues, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is **dismissed with prejudice**.

SO ORDERED, this the 5th day of January, 2007.


                                                          S/DAVID BRAMLETTE
                                                          UNITED STATES DISTRICT JUDGE